UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIAX CORP., | No. C-12-80081 CRB (DMR) |
| Plaintiff(s), | **ORDER RE PARTIES JOINT STIPULATION AND DISCOVERY LETTER OF APRIL 6, 2012** |
| v. | |
| MOTOROLA SOLUTIONS, INC., | |
| Defendant(s). | |

The court is in receipt of the parties' joint stipulation and discovery letter of April 6, 2012. [Docket No. 9.] From the letter, it appears that the parties have resolved their initial discovery disputes. If further disputes arise, the court orders the parties to adhere to the court's joint discovery letter procedures [*see* Docket No. 6] when making any future filings.

IT IS SO ORDERED.

Dated: April 6, 2012

DONNA M. RYU
United States Magistrate Judge